# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-2647

_____

| | | |
|---|---|---|
| Charles Armstrong, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| State of Missouri; Mel Carnahan; | * | District Court for the Eastern |
| City of Vinita Park; Virginia Bira; | * | District of Missouri. |
| Vinita Park Police Department; 911 | * | |
| Emergency System of St. Louis | * | (UNPUBLISHED) |
| County; Robert Hartz; Richard Aites; | * | |
| St. Louis County; St. Louis County | * | |
| Correctional/Justice Department Center | * | |
| and Jail Personnel; the 21st Judicial | * | |
| Circuit of Missouri, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 22, 2000

Filed: January 5, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing his pro se civil rights complaint against multiple defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Fed. R. Civ. P. 8(a)(2), (e)(1); Bray v. Alexandria Women's Health Clinic, 506 U.S. 263, 267-68 (1993); West v. Atkins, 487 U.S. 42, 48 (1988). Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

-2-